UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MELISSA STONE,**

    **Plaintiff,**

v.                                    Case No. 1:13cv52/MCR/CAS

**CAROLYN W COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION ,**

    **Defendant.**
_____/

## ORDER

    Pending before the Court is the Magistrate Judge's Report and Recommendation dated February 12, 2014 (doc. 24).  The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.  Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.     The Commissioner's decision is **AFFIRMED** and the claimant's application for disability insurance benefits is **DENIED**.

    **DONE AND ORDERED** this 17th day of March, 2014.


*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**